UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM LORENZO | CIVIL ACTION |
| VERSUS | NO. 13-2810 |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY<br>ADMINISTRATION | SECTION "J" (3) |

## REPORT AND RECOMMENDATION

On May 9, 2013, plaintiff William Lorezno sued defendant. On July 23, 2013, after defendant answered, this Court issued a briefing schedule that required plaintiff to file his motion for summary judgment on September 6, 2013. [Doc. #9]. Plaintiff failed to do so. On September 19, 2013, this Court issued an order requiring Lorenzo to file his motion for summary judgment no later than 15 days from the order or risk dismissal of his lawsuit for failure to prosecute. [Doc. #10]. Plaintiff failed to do so. In addition, that order was returned to this Court as undeliverable.

Plaintiff has failed to show good cause for his failure to timely file his motion for summary judgment in compliance with this Court's two Orders dated July 23, 2013 and September 19, 2013. E.D. La. Loc. R. 41.3. In addition, the Order dated September 19, 2013 was returned to the Court because of an incorrect address, and Lorenzo has failed to correct his address within 35 days of the return of the order on October 10, 2013. E.D. Loc. R. 41.3.1. This Court can not find Lorenzo and has no way of moving this lawsuit along on its docket. Accordingly,

**IT IS RECOMMENDED** that the complaint of William Lorenzo against defendant Social Security Administration be DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 15th day of January, 2014.

                                            **DANIEL E. KNOWLES, III**
                                            **UNITED STATES MAGISTRATE JUDGE**